FORM 8. Entry of Appearance

Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Checkpoint Systems, Inc.   v.   All-Tag Security S.A.

No. 16-1397

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Checkpoint Systems, Inc.
                             Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Robert J. Palmersheim
Law Firm: Honigman Miller Schwartz and Cohn LLP
Address: One South Wacker Drive, 28th Floor
City, State and Zip: Chicago, IL 60606
Telephone: 312-701-9300
Fax #: 312-701-9335
E-mail address: rpalmersheim@honigman.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/14/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1/19/16   Signature of pro se or counsel [signature]

cc: Theodore Breiner, M. Kelly Tillery, Anand C. Mathew

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 19, 2016
by:

☒ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Robert J. Palmersheim | /s/ Robert J. Palmersheim |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Honigman Miller Schwartz and Cohn LLP |
| Address | One South Wacker Drive, 28th Floor |
| City, State, Zip | Chicago, IL 60606 |
| Telephone Number | (312) 701-9300 |
| Fax Number | (312) 701-9335 |
| E-Mail Address | rpalmersheim@honigman.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields