**FORM 8. Entry of Appearance**                                              Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Checkpoint Systems, Inc.     v.     All-Tag Security S.A.

No. 16-1397

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Checkpoint Systems, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Dennis R. Suplee |
| Law Firm: | Schnader Harrison Segal & Lewis LLP |
| Address: | 1600 Market Street, Suite 3600 |
| City, State and Zip: | Philadelphia, PA 19103 |
| Telephone: | 215-751-2068 |
| Fax #: | 215-751-2205 |
| E-mail address: | dsuplee@schnader.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/4/04

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1/19/2016     Signature of pro se or counsel _[signature]_

cc: _____

Reset Fields

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2016, I caused a true and correct copy of Plaintiff-Appellant's Entry of Appearance of Dennis R. Suplee to be served upon the following via ECF notification and email:

Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314

M. Kelly Tillery
Erik N. Videlock
Charles S. Marion
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pennsylvania 19103

Tracy Zurzolo Quinn
REED SMITH LLP
2500 One Liberty Place,
1650 Market Street
Philadelphia, Pennsylvania 19103

Robert J. Palmersheim
Anand C. Mathew
Honigman Miller Schwartz and Cohn LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606

/s/ Dennis R. Suplee

DATED: January 20, 2016