No. 16-1397

_____

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

### CHECKPOINT SYSTEMS, INC.,

*Plaintiff-Appellant*,

v.

### ALL-TAG SECURITY S.A.,
### ALL-TAG SECURITY AMERICAS, INC.,
### SENSORMATIC ELECTRONICS CORPORATION,
### KOBE PROPERTIES SARL,

*Defendant-Appellees.*

_____

### CHECKPOINT SYSTEMS, INC.'S *UNOPPOSED* MOTION
### FOR EXTENSION OF TIME TO FILE OPENING BRIEF

_____

Plaintiff-Appellant Checkpoint Systems, Inc. ("Checkpoint") respectively moves the Court, pursuant to Federal Circuit Rule 26(b), for a 38-day extension of time to April 11, 2016 to file Appellant's opening brief.  The grounds for this motion are as follows:

(1)     Appellant's brief is currently due by March 4, 2016.  Appellee's response brief is currently due by April 13, 2016.  Appellant's reply brief is currently due April 27, 2016.

(2)     Good cause exists for the requested extension.  Due to travel and upcoming work on other substantial matters, include a large antitrust matter pending in the Northern District of Ohio and a RICO case in the Northern District of Illinois, the undersigned counsel will need additional time to prepare Appellant's opening brief.  Pursuant to Federal Circuit Rules 26(b)(5) and 27(a)(8), a declaration of counsel is attached hereto in support of this motion.

(3)     No prior extensions of time have been sought in this appeal.

(4)    Appellant has notified the other parties in this appeal of the requested extension and all parties consent to the requested extension.

(5)    The delay in the briefing schedule will not prejudice the parties or the public.

WHEREFORE, for the reasons set forth above, Plaintiff-Appellant Checkpoint Systems, Inc. respectfully requests that this motion be granted and the deadline to file Appellant's brief be extended 38 days to April 11, 2016.

Dated: February 2, 2016                          Respectfully submitted,


                                                 /s/ Robert J. Palmersheim
                                                 Attorney for Plaintiff-Appellant
                                                 Checkpoint Systems, Inc.

                                                 Robert J. Palmersheim
                                                 rpalmersheim@honigman.com
                                                 HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                                 One South Wacker Drive, 28th Floor
                                                 Chicago, Illinois 60606
                                                 312.701.9300

FORM 9. **Certificate of Interest**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Checkpoint Systems, Inc.     **v.**     All-Tag Security S.A.

Case No.     16-1397

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Checkpoint Systems, Inc.     certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Checkpoint Systems, Inc.

2.     The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

Checkpoint Systems, Inc.

3.     All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4.  ☒   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

See attached

1/19/16
Date

_Signature of counsel_

Please Note: All questions must be answered

cc:  Theodore Breiner, M. Kelly Tillery,
Robert J. Palmersheim

Anand C. Mathew
Printed name of counsel

Reset Fields

Trial Court:

Steven W. Armstrong
Craig E. Ziegler
James D. Cashel
Michael David Epstein
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Steven J. Rocci
Woodcock Washburn LLP
17th & Market Street
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Dennis R. Suplee
Nancy Winkelman
Robert A. McKinley
Thomas W. Hazlett
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Robert A. McKinley
Lauletta Birnbaum, LLC
591 Mantua Boulevard, Suite 200
Sewell, NJ 08080

This Court

Steve A. Weiss
Robert J. Palmersheim
Lesley G. Smith
Anand C. Mathew
Honigman Miller Schwartz and Cohn LLP (formerly Schopf & Weiss LLP)
One South Wacker Drive, 28th Floor
Chicago, IL 60606

Dennis R. Suplee
Robert A. McKinley
Thomas W. Hazlett
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

No. 16-1397
_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
_____

CHECKPOINT SYSTEMS, INC.,

*Plaintiff-Appellant*,

v.

ALL-TAG SECURITY S.A.,
ALL-TAG SECURITY AMERICAS, INC.,
SENSORMATIC ELECTRONICS CORPORATION,
KOBE PROPERTIES SARL,

*Defendant-Appellees*.
_____

DECLARATION OF ROBERT J. PALMERSHEIM IN SUPPORT OF
CHECKPOINT SYSTEMS, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OPENING BRIEF
_____

I, Robert J. Palmersheim, hereby declare under penalty of perjury pursuant to

28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice law in the State of Illinois and am

admitted to practice before this Court.  I am a Partner with the law firm of Honigman Miller

Schwartz and Cohn LLP, and lead counsel for Plaintiff-Appellant Checkpoint Systems, Inc. in

this appeal.

2.      All the facts set out in Checkpoint's Systems, Inc.'s Unopposed Motion for

Extension of Time to File Opening Brief are, to the best of my knowledge, true and correct, and

are based on my personal knowledge.

3.      I am currently lead counsel to the defendant in a large antitrust matter pending in the Northern District of Ohio captioned *United States Surveillance Corporation v. Checkpoint Systems*, Case No. 5:11-CV-01755-JRA.  I am also currently lead counsel to a defendant in a RICO matter pending in the Northern District of Illinois captioned *The Joint Official Liquidators of Caribbean Island Developments Limited v. Re/Max Holdings, Inc., et al.*, Case No. 1:15-cv-02542.

4.      Due to anticipated travel and upcoming work in the above-mentioned and other cases, the undersigned counsel believes that additional time will be needed to prepare Appellant's opening brief.

Executed on February 2, 2016

/s/ Robert J. Palmersheim

Robert J. Palmersheim
rpalmersheim@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 2, 2016
by:

     ☐ U.S. Mail

     ☐ Fax

     ☐ Hand

     ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Anand C. Mathew | /s/ Anand C. Mathew |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Honigman Miller Schwartz and Cohn LLP |
| Address | One South Wacker Drive, 28th Floor |
| City, State, Zip | Chicago, Illinois 60606 |
| Telephone Number | (312) 701-9300 |
| Fax Number | (312) 701-9335 |
| E-Mail Address | amathew@honigman.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields