**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Checkpoint Systems, Inc. v. All-Tag Security S.A.

No. 16-1397

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for:    Checkpoint Systems, Inc.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

- Name: Nancy Winkelman
- Law firm: Schnader Harrison Segal & Lewis LLP
- Address: 1600 Market Street, Suite 3600
- City, State and ZIP: Philadelphia, PA 19103
- Telephone: 215-751-2342
- Fax #: 215-751-2205
- E-mail address: nwinkelman@schnader.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 06-04-04

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| March 2, 2016 | /s/ Nancy Winkelman |
|---|---|
| Date | Signature of pro se or counsel |

cc: All Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on March 2, 2016 by:

- [x] U.S. Mail
- [ ] Fax
- [ ] Hand
- [x] Electronic Means (by E-mail or CM/ECF)

| Nancy Winkelman | /s/ Nancy Winkelman |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Schnader Harrison Segal & Lewis LLP |
| Address | 1600 Market Street, Suite 3600 |
| City, State, Zip | Philadelphia, PA 19103 |
| Telephone Number | 215-751-2342 |
| Fax Number | 215-751-2205 |
| E-Mail Address | nwinkelman@schnader.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields